

```
 1  GOLDSTEIN LEGAL TEAM, PLLC
    H. Lee Horner Jr.   ASB #022791
 2  5800 Arizona Pavilions Dr, # 2665
    CORTARO, AZ 85652
 3
    520-979-5176
 4  FAX 520-323-0131

 5  Attorneys for debtor Hussak

 6      steinway@rocketmail.com
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

Case No. 14-bk-9856-BMW

In Re:

Martin Edward Hussak,

**MOTION TO SUBSTITUTE COUNSEL FOR DEBTOR IN PRO PER**

DEBTOR

Chapter 7 proceedings

Martin Edward Hussak, debtor pro se in the above captioned case hereby substitutes **Goldstein Legal Team, PLLC** and H. Lee Horner Jr., as his counsel of record for all purposes in this case.

Dated January 31, 2018

_____
Martin Edward Hussak, Debtor

Witness: _____
Julie S. Horner, Administrator for
Arizona and California operations
Goldstein Legal Team, PLLC

Employment accepted January 31, 2018:

**Goldstein Legal Team, PLLC**, by

_____
H. Lee Horner Jr. 022791

Copy served on all parties in interest by
CM/ECF on the date of filing this document

_____
J. Horner