# Notice Recipients

District/Off: 0970–4 | User: mccormij | Date Created: 2/1/2018
Case: 4:14–bk–09856–BMW | Form ID: ndocelct | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     H. Lee Horner     GoldStein Legal Team, PLLC     5800 Arizona Pavillions Dr #2665     Cortaro, AZ 85652

TOTAL: 1