**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 301
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for Trudy A. Nowak, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| MARTIN EDWARD HUSSAK, | **No.** 4:14-bk-09856-BMW |
| Debtor. | **TRUSTEE'S APPLICATION TO EMPLOY JEFFREY L. SUMPTER, CPA AS ACCOUNTANT** |

Trudy A. Nowak, Chapter 7 Trustee, by and through her counsel undersigned, herein makes application to this Court for an Order approving the employment of an accountant on behalf of this Estate. For her Application, Trustee respectfully represents as follows:

1. This case was commenced by voluntary petition filed by the Debtor originally filed under Chapter 13 of Title 11, United States Code, on June 26, 2014, which case was converted to a Chapter 7 on September 9, 2014.

2. Trudy A. Nowak is the duly appointed and acting Trustee of the Chapter 7 Estate (hereinafter "**Trustee**").

3. To perform her duties herein, Trustee requires the services of an accountant to prepare income tax returns for the Estate.

4. Trustee has discussed with Jeffrey L. Sumpter, CPA (hereinafter "**Accountant**") his availability to be employed as the Trustee's Accountant in this case and to perform the services required by this Estate.

5. For the foregoing and all other necessary and proper purposes, Trustee desires to retain Jeffrey L. Sumpter, CPA as Trustee's accountant in this case.

6. Trustee is informed and believes that Accountant has the appropriate accounting skills and personnel needed to perform the services of providing the accounting services required by this Estate. Accountant has previously been employed as an accountant for bankruptcy trustees and has extensive

experience and expertise in performing the aforementioned types of services. Accountant has agreed to perform these services and thereafter make application to this Court for compensation, and has agreed to accept as his fee such amount as is determined by the Court.

7. Trustee is informed that the normal hourly fee of Accountant is $300.00.

8. Trustee has attempted to determine whether Accountant is a disinterested party within the meaning of 11 U.S.C. §101(14). Attached hereto and incorporated herein is a Declaration of Jeffrey L. Sumpter, CPA supporting Trustee's conclusion that Accountant is a disinterested party.

9. It is contemplated that Accountant will seek compensation based upon normal and usual hourly billing rates. Accountant understands that any final compensation for future services must be approved by the Court pursuant to the provisions of 11 U.S.C. § 330. It is further contemplated that Accountant may seek interim compensation as permitted under 11 U.S.C. § 331.

WHEREFORE, Trudy A. Nowak, Trustee requests that she be authorized to employ Jeffrey L. Sumpter, CPA as the accountant for the bankruptcy estate, to render services as described in the foregoing Application with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

RESPECTFULLY SUBMITTED this 27th day of July, 2018.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach–013622*
Adam B. Nach
*Attorneys for Trustee*

A COPY of the foregoing delivered
via electronic notification to:

H. Lee Horner, Jr.
Goldstein Legal Team, PLLC
5800 Arizona Pavilions Drive #2665
Cortaro, AZ 85652
Email: steinway@rocketmail.com

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

By: */s/ Terie Flowers Turner*

Lane & Nach, P.C.
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016

2

# DECLARATION OF JEFFREY L. SUMPTER

1. I am a certified public accountant experienced in rendering accounting services to bankruptcy trustees with offices located at 7815 S. 28th Way, Phoenix, Arizona 85042.

2. I am willing to accept employment by the Trustee on the basis set forth in the Application.

3. I do not hold any interest or connections adverse or otherwise to this Estate, with the Debtor, creditors or any other party-in-interest, their respective attorneys and accountants, the Trustee, or any person employed in the Office of the United States Trustee; and, I am a disinterested party as defined in 11 U.S.C. §101(14).

4. My normal hourly fee as Accountant is $300.00.

5. I have agreed to accept the employment on the terms and conditions set forth in Trustee's Application and subject to the provisions of 11 U.S.C. §330.

I declare under penalties of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Sumpter, CPA