**GOLDSTEIN LEGAL TEAM, PLLC**
H. Lee Horner Jr.   ASB #022791
5800 Arizona Pavilions Dr, # 2665
CORTARO, AZ 85652

520-979-5176
FAX 520-323-0131

Attorneys for Debtor Hussak

*steinway@rocketmail.com*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

**CASE No.** 14-bk-9856-BMW

In Re:

Martin Edward Hussak,

   DEBTOR

Chapter 7 proceedings
_____|

**NOTICE OF HEARING RE: DEBTOR'S MOTION TO VACATE ORDER APPROVING SETTLEMENT, ENTERED ON 2/23/18**

Notice is hereby given that the court has set a hearing date on the debtor's motion to vacate the order approving settlement of a state court action, for **October 2, 2018 at 10:45AM, in Tucson Courtroom 446; parties can also appear in Phoenix courtroom 301.**

Dated September 5, 2018,

**GOLDSTEIN LEGAL TEAM, PLLC**

S/H. Lee Horner Jr.  022791

_____
H. Lee Horner Jr.
Counsel for movant Martin Hussak

Copy served on Sep 5, 2018 by CM/ECF on all parties pertinent

s/J. Horner, declarant for service only

1